IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL PINEDA,

    Plaintiff,

  v.

GC SERVICES, L.P., and DOES 1–10, inclusive,

    Defendants.

No. C 12-05914 WHA

**ORDER DENYING MOTION TO APPEAR BY TELEPHONE**

The Court must **DENY** plaintiff's request to attend the case management conference by telephone as it is very difficult to conduct hearings via same at the present time.

**IT IS SO ORDERED.**

Dated: February 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE