IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL PINEDA,

    Plaintiff,

v.

GC SERVICES, L.P., and DOES 1–10, inclusive,

    Defendants.

No. C 12-05914 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for his notice of settlement but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: June 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE