IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL PINEDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GC SERVICES, L.P., and DOES 1–10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 12-05914 WHA<br><br>**ORDER RE NOTICE<br>OF SETTLEMENT** |

The Court acknowledges and thanks plaintiff for his notice of settlement but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: June 11, 2013.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE