Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Miguel Pineda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Pineda,<br><br>             Plaintiff,<br><br>     vs.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 4:12-cv-05914-WHA<br><br>**STIPULATION OF DISMISSAL** |

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants GC Services, L.P. with prejudice and without costs to any party.

| Plaintiff | Defendant |
|---|---|
| __/s/ Tammy Hussin_____ | _/s/ David I. Dalby_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | DAVID I. DALBY<br>Attorney for Defendant |